No. 361. KEMP v. CALIFORNIA. Supreme Court of California. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted on Question 3. *Russell E. Parsons* for petitioner. *Stanley Mosk,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Philip C. Griffin,* Deputy Attorney General, for respondent.

No. 53, Misc. BROWN v. MONTANA. Supreme Court of Montana. Certiorari denied. Petitioner *pro se. Forrest H. Anderson,* Attorney General of Montana, and *Donald A. Garrity,* Assistant Attorney General, for respondent.

No. 79, Misc. BONOMI v. MASSACHUSETTS ET AL. C. A. 1st Cir. Certiorari denied. Petitioner *pro se. Edward J. McCormack, Jr.,* Attorney General of Massachusetts, and *Joseph T. Doyle,* Assistant Attorney General, for respondents.

No. 83, Misc. WILLIAMS v. BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied. Petitioner *pro se. C. Donald Robertson,* Attorney General of West Virginia, and *George H. Mitchell* and *Simon M. Bailey,* Assistant Attorneys General, for respondent.

No. 113, Misc. ELLIS v. ALABAMA. Supreme Court of Alabama. Certiorari denied. Petitioner *pro se. MacDonald Gallion,* Attorney General of Alabama, and *Jerry L. Coe,* Assistant Attorney General, for respondent.

No. 135, Misc. HOGUE v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.